

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-64,017-05

### EX PARTE CHRISTOPHER EUGENE WIMBERLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 54,705-E IN THE 27TH DISTRICT COURT
### FROM BELL COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to fifty years' imprisonment. The Third Court of Appeals affirmed his conviction. *Wimberly v. State*, No. 03-03-00726-CR (Tex. App.—Austin Oct. 13, 2005)(not designated for publication).

Applicant contends that he is actually innocent, basing his claim on the confession of another person. We order that this application be filed and set for submission to determine whether: (1) the

newly confessing party, Tones', affidavit is consistent with his testimony at the habeas hearing and any prior statements he has made regarding any of his convictions; (2) whether Tones' confession is consistent with the testimony from witnesses to the robbery who testified at Applicant's original trial; and (3) whether the original eyewitnesses descriptions of the robber match Applicant, Tones, or both.  The parties shall brief these issues. Oral argument is permitted.

It appears that Applicant is represented by counsel. Applicant's brief shall be filed with this Court within 30 days of the date of this order. The State's response shall be filed within 30 days after the filing of Applicant's brief.

Filed: May 25, 2016
Do not publish